# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES L. GARY,<br><br>        Petitioner,<br><br>    v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>        Respondent.<br>_____/ | 1:09-cv-02161-DLB (HC)<br><br>ORDER DENYING PETITIONER'S REQUEST FOR ENTRY OF DEFAULT<br><br>[Doc. 16] |

      Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge. (Court Docs. 4, 6.)

      Now pending before the Court is Petitioner's request for entry of default, filed on March 15, 2010. (Court Doc. 16.) Entry of default is appropriate as to any party against whom a judgment for affirmative relief is sought that has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure and where that fact is made to appear by affidavit or otherwise. See Fed. R. Civ. P. 55(a).

      Petitioner argues that Respondent failed to file a timely response to the petition as ordered by the Court on January 12, 2010. (Court Doc. 10.) Pursuant to the Court's January 12, 2010 order, Respondent was required to file a response to the petition within sixty days thereafter, i.e. March 16, 2010. On March 16, 2010, Respondent filed a motion for an extension of 3-days to file the response, and the response was filed on March 18, 2010. (Court Docs. 17, 18.) In an

order issued concurrently herewith, the Court has granted Respondent's 3-day extension of time and the response to the petition was therefore timely filed. Accordingly, there is no basis for the entry of default and Petitioner's request is HEREBY DENIED.

IT IS SO ORDERED.

Dated: __**March 22, 2010**__          _____/s/ Dennis L. Beck_____
                                        UNITED STATES MAGISTRATE JUDGE