# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES L. GARY,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>H.A. RIOS, Warden<br><br>　　　　Respondent.<br>_____/ | 1:09-cv-02161-DLB (HC)<br><br>ORDER DIRECTING RESPONDENT TO SUBMIT EXHIBITS 6 THROUGH 8 AS REFERENCED IN ANSWER<br><br>[Doc. 18] |

　　　　Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge.  (Court Docs. 4, 6.)

　　　　On March 18, 2010, Respondent filed an answer to the petition, and Petitioner filed a traverse on March 23, 2010.  (Court Docs. 18 & 26.)  In his answer, Respondent refers to Attachments 1 through 8; however, Attachments 6 through 8 were not submitted to the Court for review.  Accordingly, within seven (7) days from the date of service of this order, Respondent shall submit all Attachments 6 through 8 as referenced in the Answer.

　　　　IT IS SO ORDERED.

　　Dated: 　April 8, 2010　　　　　　　　/s/ Dennis L. Beck
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1